**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6933**

———————

DOUGLAS G. WHITFIELD,

        Plaintiff - Appellant,

    v.

DICK JENKINS, Sheriff; RANDLE SMITH, Lieutenant; DARREL
LAND, Detective; OFFICER LEE; OFFICER STANCIL; LIEUTENANT
SMITH,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
Chief District Judge. (5:10-ct-03151-D)

———————

Submitted: November 17, 2011    Decided: November 23, 2011

———————

Before KING, DAVIS, and WYNN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Douglas G. Whitfield, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas G. Whitfield seeks to appeal the district court's order dismissing in part Whitfield's 42 U.S.C. § 1983 (2006) complaint, and granting him leave to amend. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Whitfield seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny Whitfield's motions to appoint counsel, his motion to amend the complaint to add a party, his motion for a subpoena, and his motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED